UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff

v.                                       Case No. 26-30063
                                      Originating No.  26-40007

**KENNETH PAUL ANDERSON,**

       Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **KENNETH PAUL ANDERSON,** to answer to charges pending in another federal district, and states:

1. On **February 6, 2026,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of Kansas based on an indictment**.  Defendant is charged in that district with violations of **21 USC Sections 846 and 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams or More of Methamphetamine; Distribution of Methamphetamine and Possession with Intent to Distribute Methamphetamine.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney


*s/Tare Wigod*
TARE WIGOD
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: February 6, 2026